No. 74. AULL v. LIDEPA CORPORATION ET AL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Frederick W. Schmitz* for petitioner. No appearance for respondents.

No. 77. TEXAS & PACIFIC RY. CO. v. TEXAS ET AL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. T. D. Gresham* and *M. E. Clinton* for petitioner. *Messrs. William McCraw* and *Scott Gaines* for respondents.

No. 80. HOLLIDGE v. COLONIAL TRUST CO. October 14, 1935. Petition for writ of certiorari to the Superior Court in and for the County of Norfolk, Massachusetts, denied. *Mr. Brenton K. Fisk* for petitioner. *Mr. Lawrence E. Green* for respondent.

Nos. 85 and 86. CAMPBELL v. ALLEGHANY CORPORATION. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Llewellyn A. Luce* for petitioner. *Messrs. George Weems Williams* and *W. T. Kinder* for respondent.

No. 88. LAMBORN ET AL. v. AMERICAN SHIP & COMMERCE NAVIGATION CORP. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Alfred C. B. McNevin* and *Farnham P. Griffiths* for petitioners. *Messrs.*

582

*Cletus Keating, Charles R. Hickox,* and *James H. Herbert* for respondents.

No. 90. OTTENHEIMER BROS., INC. ET AL. *v.* LIBUWITZ. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John Elliott Byrne* for petitioners. *Mr. Edwin S. Clarkson* for respondent.

No. 92. ECKSTEIN *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Albert L. Hopkins, Harry B. Sutter, Anderson A. Owen,* and *Samuel H. Horn* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 93. PROVIDENT LIFE & ACCIDENT INSURANCE CO. *v.* DANCE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. B. Sizer* for petitioner. *Mr. Howard B. Warren* for respondent.

No. 94. OLIVER *v.* IOWA STATE TRAVELING MEN'S ASSN. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Jesse A. Miller* and *E. C. Street* for petitioner. *Messrs. J. M. Parsons* and *Earl C. Mills* for respondent.